**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00524-CR**
_____

**IN RE MARCOM DWAYNE STAGG**

_____

**Original Proceeding**
**252nd District Court of Jefferson County, Texas**
**Trial Cause No. 14-19871**
_____

**MEMORANDUM OPINION**

Marcom Dwayne Stagg filed a mandamus petition against the visiting judge who presided over Stagg's March 2016 criminal trial. Stagg asks this Court to compel Judge Gist to rule on (1) Stagg's Motion for Preservation and Forensic Testing of DNA Evidence, and his Request for Appointment of Counsel, filed in May 2025, (2) Stagg's Motion to have the Appellate Record[] without Charge, filed in June 2025, and (3) Stagg's Motion for Post-Trial Discovery Request/Notice of Continuing Duty To Disclose Motion, Motion Requesting that the Judicial District Court Make a Ruling on "ALL" Pending Motion[]s, filed in September 2025.

The judge, Larry Gist, is deceased and no longer subject to the mandamus authority of this Court.[1] *See In re Emerson*, No. 06-18-00078-CV, 2018 WL 5091807, at *1 (Tex. App.—Texarkana Oct. 19, 2018, orig. proceeding) (mem. op.) (mandamus petition denied because the deceased judge is no longer a judge of a district court in the appellate court's district); *In re Polk*, No. 07-08-0271-CV, 2008 WL 3167829, at *1 (Tex. App.—Amarillo Aug. 7, 2008, orig. proceeding) (mem. op.) (mandamus petition filed more than one year after respondent's death was moot). To demonstrate that he is entitled to mandamus relief compelling the performance of an allegedly ministerial act, Stagg must present his request to the judge presiding in the court at the time of the request and prove that the trial judge received notice of the pleading. *See In re Morgan,* No. 07-10-00517-CV, 2011 WL 117300, at *1 (Tex. App.—Amarillo Jan. 13, 2011, orig. proceeding) (mem. op.).

Relator had not shown that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on January 13, 2026
Opinion Delivered January 14, 2026
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

---

[1]*See* Former TBCJ Member Judge Larry Gist passes after life of public service, Criminal Justice Connections, November 2019. Available at https://www.tdcj.texas.gov/connections/-articles/2019/20191100_Gist_memorium.html (last viewed January 5, 2026).